## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | |
| LUIS RAMIREZ | : | Mag. No. 06-3125 |

I, William Carr, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

William Carr, Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,
September 7, 2006, at Newark, New Jersey

HONORABLE PATTY SHWARTZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

## ATTACHMENT A

On or about August 17, 2006, in Morris County, New Jersey, and elsewhere, defendant

### LUIS RAMIREZ

being an alien and illegally and unlawfully within the United States, did knowingly and willfully possess in and affecting commerce a firearm, namely a Hi-Point 9 millimeter handgun, bearing serial number P1229308, in violation of Title 18 United States Code, Section 922(g)(5)(A).

## ATTACHMENT B

I, William Carr, a Special Agent with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE") having conducted and participated in this investigation and having discussed this matter with other law enforcement officers who have also conducted and participated in this investigation, have knowledge of the following facts:

1. On or about August 17, 2006, while on duty, Morristown law enforcement officers received a radio transmission regarding an individual who threatened two pedestrians with a firearm.

2. After receiving a description of the individual, law enforcement officers responded to the area where the offense occurred.

3. While en route to that location, law enforcement officers were able to locate and apprehend the individual, who was later determined to be defendant LUIS RAMIREZ.

4. At the time of his arrest, defendant RAMIREZ was riding a bicycle and in possession of a "computer bag." A search of that bag revealed the presence of, among other things, a firearm, namely a Hi-Point 9 millimeter handgun, bearing serial number P1229308.

5. A record search revealed that, on or about April 1, 2006, that firearm was reported stolen from the trunk of a car in Greenville, Virginia.

6. On or about June 19, 2006, in a prior administrative sworn statement which was obtained by Special Agent William Carr in connection with an unrelated matter, defendant RAMIREZ stated, in substance and in part: (1) that he entered the United States in or around 2000 pursuant to a valid Visa; and (2) the Visa has since expired and he has therefore overstayed that Visa.

7. A search of the ICE database confirms that defendant RAMIREZ has no lawful status within the United States.