2006R01037/JK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06- |
| v. | : | 18 U.S.C. § 922(g)(5)(A) |
| LUIS RAMIREZ | : | I N F O R M A T I O N |

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about August 17, 2006, in Morris County, in the District of New Jersey, and elsewhere, defendant

LUIS RAMIREZ

being an alien and illegally and unlawfully in the United States, did knowingly possess in and affecting commerce a firearm, namely a Hi-Point 9 millimeter handgun, bearing serial number P1229308.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

*Christopher J. Christie*

CHRISTOPHER J. CHRISTIE
United States Attorney